# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1465. ASLAM GILANI et al v. EPIC AMUSEMENT, LLC.

Aslam Gilani and Peak Amusement, LLC filed a notice of appeal in this action, and the appeal was docketed on March 5, 2026. As set forth in Court of Appeals Rule 23(a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, the appellants' brief was due no later than March 25, 2026. The appellants filed a timely motion for an extension of time to file their appellate brief, and this Court granted the motion, extending the deadline for the appellants to file their brief and enumeration of errors to April 7, 2026. Our order indicated that "[f]ailure to file by 4:30 p.m. on that date shall result in dismissal of their appeal." To date, the appellants have not filed their appellate brief and enumeration of errors. Accordingly, this appeal is hereby DISMISSED. See Tolbert v. Tolbert, 234 Ga. 708 (217 SE2d 162) (1975); Court of Appeals Rules 13, 16(b), 23(a).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 04/08/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*